■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAQUANN MORGAN, Appellant. [10 NYS3d 485]—Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered October 15, 2013. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of manslaughter in the first degree (Penal Law § 125.20 [1]). The record establishes that defendant knowingly, voluntarily, and intelligently waived his right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver encompasses his challenge to the severity of the sentence (*see People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present— Centra, J.P., Carni, Lindley and DeJoseph, JJ.